3:22 cv 322 · BJD—LLL

3/18/22

Tammy Jackson
V
State of florida

CASE NO: 1D21· 3184
L. T. CASE NO: 21mm0001839

2022 MAR 21 AM 10: 17
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
FILED

Complaint

US Clerk of court
   I am writing to you to
file a civil lawsuit against
the above. My reason(s)
are as follows:
   1st and foremost, This
case should have been
prosecuted.
   a. wrongful arrest
   b. no crime committed
   c. No one was abused, neglected
or in danger.
2) It is inhumane to be
prosecuted for trying to get
help for your children.
3) There was no reason to
bring my children back to me.

Attach and arrest me in the presence of my children.
A child is a child and should always be respected and treated as one.
4) 4th Amendment right violation.
I was deprived of my right to be free and be there for my children when I got wrongfully arrested and put in jail for 10 days.
There was no care or compassion for the well-being of children.
No reason for excessive use of force.
It was cruel and reckless.
I am seeking 5 million for pain, suffering and damage caused.

Respectfully submitted
Tammy Jackson

Served:
JFRD
JSO
DCf

I hereby certify that a copy hereof has been furnished to Jacksonville Sheriff Office by Tammy Jackson this 18th day of March 2022

Tammy Jackson